U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 1 2018

CLERK, U.S. DISTRICT COURT
By _____
             Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO.  4:17-CR-194-A |
| | § | |
| MOUNIB SHALASH (7) | § | |

## CORRECTED
## REPORT OF ACTION AND RECOMMENDATION ON PLEA
## BEFORE THE UNITED STATES MAGISTRATE JUDGE

(This Corrected Report of Action and Recommendation on Plea Before the United States
Magistrate Judge corrects and replaces in its entirety the Report of Action and Recommendation
on Plea Before the United States Magistrate Judge the undersigned United States Magistrate
Judge signed in the above-captioned case on December 21, 2017.)

This Report of Action on Plea is submitted to the court pursuant to 28 U.S.C.

§ 636(b)(3).  This case has been referred by the United States district judge to the undersigned

for the taking of a guilty plea. The parties have consented to appear before a United States

magistrate judge for these purposes.

Defendant Mounib Shalash ("Shalash") appeared with counsel on December 21,

2017, before the undersigned United States magistrate judge who addressed Shalash personally

in open court and informed Shalash of, and determined that Shalash understood, the

admonitions contained in Rule 11 of the Federal Rules of Criminal Procedure.

Shalash pled guilty to count three of the three-count superseding indictment filed

October 18, 2017, charging him with the violation of 21 U.S.C. §  846. The undersigned

magistrate judge finds the following:

1.  Shalash, upon advice of counsel, has consented orally and in writing to enter
this guilty plea before a magistrate judge subject to final approval and sentencing
by the presiding district judge;

**Report of Action and Recommendation On Plea**
**Before the United States Magistrate Judge**
**page 2**

2. Shalash fully understands the nature of the charges and penalties;

3. Shalash understands all constitutional and statutory rights and wishes to waive these rights, including the right to a trial by jury and the right to appear before a United States district judge;

4. Shalash's plea is made freely and voluntarily;

5. Shalash is competent to enter this plea of guilty;

6. There is a factual basis for this plea; and

7. The ends of justice are served by acceptance of Shalash's plea of guilty.

Although I have conducted these proceedings, accepted Shalash's plea of guilty, and pronounced Shalash guilty in open court, upon Shalash's consent and the referral from the United States district judge, that judge has the power to review my actions in this proceeding and possesses final decision making authority. Thus, if Shalash has any objections to the findings or any other action of the undersigned he should make those known to the United States district judge within fourteen days of today.

I recommend that Shalash's plea of guilty be accepted and that Shalash be adjudged guilty by the United States district judge and that sentence be imposed accordingly.

Signed  March 1, 2018.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE